AO 442 (Rev. 11/11) Arrest Warrant

154948

# UNITED STATES DISTRICT COURT
for the
District of Columbia

13-1612-SAG

United States of America
v.
RENITA FRANKLIN-THROWER
USMS Registration No 29402-016
DOB:9/23/65

Case No. 1:07-cr-00274-RJL-1

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RENITA FRANKLIN-THROWER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

ORIGINAL CHARGE: 18:666(a)(1)(A); CONVERTS TO OWN USE PROPERTY OF ANOTHER; Obtaining Funds by Embezzlement from an Organization receiving Federal Funds.

DEFENDANT FAILED TO APPEAR FOR STATUS CONFERENCE ON MAY 23, 2013.

Date: 05/23/2013

*Issuing officer's signature*

City and state: WASHINGTON, D.C. 20001

KENNETH COCKRELL
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |