IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:
Clerk, U.S. District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

DATE: July 11, 2013
U.S.A. vs. Renita Franklin-Thrower
CASE NO.: 13-1612 SAG
YOUR DOCKET NO.: 1:07-cr-00274-RJL-1

Enclosed herein please find certified copies of the following:

(X) Warrant of Arrest (Copy)
( ) Indictment (Copy)
(X) Financial Affidavit
( ) Contribution Order
(X  Order Appointing the Federal Public Defender
( ) CJA 20 Voucher - Appointment of counsel under CJA
( ) Appearance Bond
( ) Order Setting Conditions of Release
( ) Appearance Line of Counsel
( ) Waiver of Preliminary Hearing
(X) Waiver of Rule 32.1 Hearings
( ) Temporary Detention Order
( ) Detention Order by Agreement
( ) Commitment to Another District
(X) Docket Sheet from this District

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.**

**Return to:
Clerk, U.S. District Court
101 West Lombard Street, Room 4415
Baltimore, MD 21201-2675**

By: _____
Deputy Clerk